Per Curiam.

The judgment is affirmed, (a)

 Stetson vs. Tobey, 2 Mass. Rep. 521. — Avery vs. Inhab. of Tyringham, 3 Mass Rep. 160.— Wells vs. Prince, 4 Mass. Rep. 67. —Fuller vs. Holden, 4 Mass. Rep. 498 — Moore vs. Boswell, 5 Mass. Rep. 306. — Riddle vs. Prop's Lock and, Can. Mer River, 7 Mass. Rep. 169. — Kingsley vs. Bill, 9 Mass. Rep. 198. — Crooker & Ux. vs Whitney, 10 Mass. Rep. 316. — Hopkins vs. Young, post, 302. — Richardson vs. Eastman, 12 Mass. Rep. 505.